# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **Danny R. Adkison,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Case No. 09-3356-CV-S-JTM** |
| | ) | |
| **Michael J. Astrue,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is plaintiff's *Motion For Application For Attorney's Fees Under Equal Access To Justice Act*, filed May 18, 2011 [Doc 22]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Application For Attorney's Fees Under Equal Access To Justice Act*, filed May 18, 2011 [Doc 22] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $7,000.00 and expenses in the amount of $33.65 to be paid by the Social Security Administration.


    /s/ John T. Maughmer
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**